**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN OPEN COURT
U.S.D.C. Atlanta
JUN 1 3 2006
LUTHER D. THOMAS, Clerk
By: _____ Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | SECOND SUPERSEDING |
| v. | : | CRIMINAL INDICTMENT |
| | : | NO. 1:06-CR-0017-WSD-GGB |
| BRAD ANDREW HATTER | : | |

THE GRAND JURY CHARGES THAT:

### COUNT ONE

On or about December 6, 2005, and continuing at least until December 13, 2005, in the Northern District of Georgia, the defendant, BRAD ANDREW HATTER, using a facility of interstate commerce, did knowingly attempt to persuade, induce, entice and coerce an individual who had not attained the age of 18 years to engage in sexual activity for which any person can be charged with a criminal offense, that is, child molestation (O.C.G.A. § 16-6-4), and statutory rape (O.C.G.A. § 16-6-3), all in violation of Title 18, United States Code, Section 2422(b).

### COUNT TWO

On or about December 14, 2005, in the Northern District of Georgia, the defendant, BRAD ANDREW HATTER, knowingly possessed any videotape, computer disk, and any other material that contained images of child pornography, that is, images showing children engaged in sexually explicit conduct, that have been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, or that was

produced using materials that have been mailed, or shipped or transported in interstate or foreign commerce by any means, including by computer, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) & (b)(2).

### FORFEITURE PROVISION

Upon conviction of the offense alleged in Count One of this Indictment, defendant BRAD HATTER shall forfeit to the United States the following vehicle:

> 2002 Ford Explorer
> VIN 1FMDU64W720B30794
> Georgia License 2464 AFG

which was used to commit or to promote the commission of the offense, all pursuant to Title 18, United States Code, Section 2253(a)(3).

A ___True___ BILL

_____
FOREPERSON

DAVID E. NAHMIAS
UNITED STATES ATTORNEY

WILLIAM G. TRAYNOR
ASSISTANT UNITED STATES ATTORNEY
600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6000
Georgia Bar No. 716634

2